578-15

# ELECTRONIC RECORD

COA #   06-14-00072-CR                    OFFENSE:   30.02F2

STYLE:   Kenneth Craig Vickers v. The State of Texas          COUNTY:   Hopkins

COA DISPOSITION:   Afffirmed           TRIAL COURT:   8th District Court

DATE: 04/27/15          Publish: YES   TC CASE #:   1323383

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Kenneth Craig Vickers v. The State of Texas          CCA #:   578-15

_____PRO SE_____ Petition             CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED)_____                    JUDGE: _____

DATE: November 18 2015                SIGNED: _____      PC: _____

JUDGE: Per Curi                       PUBLISH: _____     DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD